IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIEN M. BALARK,

   Plaintiff,

     v.

COBB COUNTY ADULT
DETENTION CENTER,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-617-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 4 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Balark\13cv617\r&r.wpd